# UNITED STATES DISTRICT COURT

for the

### Northern District of Ohio

_____EASTERN_____ Division

**ALBERT THROWER**

**FILED**

SEP 13 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

**1:24 CV 01576**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☑ No

**JUDGE POLSTER**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**JUDGE MONA SCOTT, CITY OF CLEVELAND**
City of Cleveland,
City of Cleveland Prosecutor's Office

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ALBERT THROWER |
| Address | 1312 W 89TH ST |

| City | State | Zip Code |
|---|---|---|
| CLEVELAND | OH | 44102 |

| | |
|---|---|
| County | CUYAHOGA |
| Telephone Number | 2168566626 |
| E-Mail Address | AL.THROWER1@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Mona Scott |
| Job or Title *(if known)* | Judge Cleveland Housing Court |
| Address | 1200 Ontario Ave     13th FL |

| City | State | Zip Code |
|---|---|---|
| Cleveland | OH | 44113 |

| | |
|---|---|
| County | Cuyahoga |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | City of Cleveland |
| Job or Title *(if known)* | c/o Michael Glazer |
| Address | 601 Lakeside Ave   #106 |

| City | State | Zip Code |
|---|---|---|
| Cleveland | OH | 44114 |

| | |
|---|---|
| County | CUYAHOGA |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | City of Cleveland Prosecutor's Office |
| Job or Title *(if known)* | Room 106 |
| Address | 601 Lakeside Ave |
| | Cleveland |

| City | State | Zip Code |
|---|---|---|
| Cleveland | OH | 44114 |

| | |
|---|---|
| County | CUYAHOGA |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| City | State | Zip Code |
|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? TRO &/or Preliminary Injunction Judge Scott issued order (P) cannot "sell, transfer, offer.." sell (P) real estate property 1310-12 W 89th St Cleveland OH 44102, when Ohio law, Cleveland Local R 2.18 para 3 allows sale of property. City served St Anthony Church Inc., not Albert Thrower and never "pierced corporate veil" Ex A-deed

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Per Ohio Constitution Article I Sec 19 "private property shall ever be held inviolate, but subservient to public welfare" & "rights related to property, i.e. to acquire, use enjoy, and dispose of property" as "among the most revered in our law and traditions" Norwood v Horney, 853 NE2d 1115, Yoder v City of Bowling Green, #3:17CV2321(NDOH), 5, 14th Amendment "takings clause", Knick v Twp of Scott, 588 US #17-647 (2019), 1:16CV1076" Pund v. City of Bedford, 339 F. Supp. 3d 701, (N.D. Ohio 2018)

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Cleveland OH, CUYAHOGA COUNTY

B.  What date and approximate time did the events giving rise to your claim(s) occur?
Court order issued 7/17/23 to not sell W 89th without permission of the court. Court asked numerous times to allow sale and denies. 3/24 Judge Scott indicated "would allow sale" if buyer vetted per Cleveland Housing Spec-(P) showed house 40X times-got a buyer then Court frefused to allow sale to proceed  again violating "takings clause" 5, 14th Amendment , Ohio Constitution

C.  What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved?  Who else saw what happened?)*
1)  Saint Anthony Church (Inc) was served with housing violations @ 1310  W89th Cleve OH-Albert Thrower owned 50% of property not Saint Anthony Church (Inc)
2) Saint Anthony Church (Inc) pled to housing violations-where maximum sentence under Ohio law does not allow for NO SALE ORDER as punishment
3) During sentencing  (P) was told he could not sell 1310 W89th CLE OH but it was not reflected on Journal Entry & Journal Entry per  Loc R 2.18 para 3, Ex B gave (P) NOTICE he could sell house then "notify the court "offender has any change in the property owned or controlled"
4) 7/17/23 JE entered wo jurisdiction-informed (P) he could NOT sell 1310 W89th without permission of Court as additional punishment. Trial court repeatedly denies permission=no sale of property violating Ohio & US Constitutional rights

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No sale order does not allow estate planning. (P) had "heart attack" in Court 6/11/24
No sale order forces (P) to repair entire property he only owns 50% w co-owner who won't help financially   with repairs
No sale order is contrary to Cleveland  Local R 2.18 (3) that allows sale of property  Ex B

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Temporary Restraining Order &/or Injunction to allow (P) to sell 1310 W89th CLE OH property without permission
 of (D) trial court judge SCOTT would not give permission
2)  Follow the OHIO law Ohio Constitution US Constitution 5, 14th Amendment   and City of Cleveland Local Rule
 2.18 para 3 that (P) can "dispose of property", then "notify" the (P) court
(D) Judge Scott sued in Official & Individual capacity
 "As a matter of law, the continuing deprivation of constitutional rights constitutes irreparable harm" Elrod v
Burns, 427 US 347, 373

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  08/22/2024

Signature of Plaintiff

Printed Name of Plaintiff  ALBERT THROWER

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|--|------|-------|----------|

Telephone Number

E-mail Address