a particular form or contain specific information about the property. The offender must notify the Court whenever the offender has any change in ownership of property.

**Offender to Keep Properties In Good Repair.** The offender must keep all of the offender's properties in good repair. The definition of keeping properties in good repair includes the obligation to regularly inspect and maintain the property and keep all property clean of debris, secure from entry, and free of graffiti. This requirement is in addition to compliance with any city or state code requirements for real property.

**Offender to Abide by All Laws.** The offender must abide by all laws, which is a requirement under Ohio law, for all probation. Abiding by all laws includes abiding by all city code requirements.

**Offender to Visit and Inspect Properties.** The offender must regularly visit and inspect each of the offender's properties. The Court may set a regular schedule of inspections or require the offender to take photographs during each visit.

**Consent to Entry and Inspection.** The offender must grant permission to the Court and any City or State inspector to inspect any of the offender's properties. The Court or inspector may order.

**Travel Permitted.** Under Ohio law, all probation requires the offender not to leave the state without the court's permission. As part of these General Probation Requirements, the Court grants the offender permission to leave the state without a separate court order in each case of travel.

THE STATE OF OHIO ) I, EARLE B. TURNER,
Cuyahoga County ) SS. CLERK OF THE CLEVELAND
Cleveland, Ohio ) MUNICIPAL COURT, WITHIN
AND/OR SAID CITY,
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
TRULY TAKEN AND COPIED FROM THE ORIGINAL

NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS
_____ DAY OF _____ A.D. 20__
EARLE B. TURNER, Clerk
By _____ Deputy

---

# CLEVELAND HOUSING COURT LOCAL RULE 2.18 AND APPENDIX

**RULE 2.18. GENERAL COMMUNITY CONTROL SANCTIONS.**
(Also called GENERAL PROBATION REQUIREMENTS)

A. The Court may require an offender to any community control sanction required or authorized by ORC 2929.25 or the requirements of which community control requirements are misdemeanor.

B. The Court has established certain community control sanctions to apply to each case in the Housing Court. These sanctions shall be called the "General Community Control Sanctions" or "General Probation Requirements" of the Housing Division of the Cleveland Municipal Court and are contained in the Appendix to these Local Rules.

C. The Court may modify the General Probation Requirements in a specific case or may impose on an offender specific community control sanctions (also called specific probation requirements) in addition to the General Probation Requirements.

D. Probation Officers of the Court enforce the General Probation Requirements and other Rules as to modify defendants charged in criminal cases of the community control sanctions that the Court may impose.

E. If the Court later modifies and/or, by written determines that a defendant has violated Community Control Sanctions, the Court may extend the period of Community Control, impose additional Community Control Sanctions, or execute the Defendant upon any portion of the Defendant's sentence previously suspended, or re-sentence the Defendant on the original charge upon which the Defendant was convicted.

## APPENDIX TO HOUSING COURT LOCAL RULE 2.18 - GENERAL COMMUNITY CONTROL SANCTIONS

(Appendix to Housing Court Local Rule 2.18 — General Community Control Sanctions/also called General Probation Requirements) of the Housing Division of the Cleveland Municipal Court

1. **Payment of Fines.** The offender/probationer must pay by the time to pay (TTP) date any portion of the fine that the Court has ordered be paid.

2. **Reporting.** The offender must report as directed as a Community Control Officer (CCO) of the Court as ordered.

3. **Offender to Provide a List of Properties.** The offender must provide the Court with a list of all real property owned by the offender or his/her agents. Unless the Court orders otherwise, the list shall include all property, whether it is located in Cleveland, Ohio or elsewhere, and shall include the offender's interest. The Court may order that the list of properties be in

Page 2 of 3

Ex B