CLEVELAND MUNICIPAL COURT
HOUSING DIVISION
CUYAHOGA COUNTY, OHIO
JUDGE W. MONA SCOTT

JUDGEMENT ENTRY RECEIVED FOR JOURNALIZATION
JUL 19 2023
EARLE B. TURNER, CLERK

CITY OF CLEVELAND
PLAINTIFF

VS.

ST. ANTHONY CHURCH
DEFENDANT

Date: July 11, 2023

Case No: 2022 CRB 003944

**PROHIBITION ORDER AGAINST SELL, TRANSFER, GIFT OR PURCHASE OF PROPERTIES UNTIL APPROVED BY THE COURT**

## FINDINGS OF FACT

Whereas, Defendant is the owner of the following described properties ("herein referred to as premises):

| PARCEL NUMBER | ADDRESS | CITY | ZIP CODE | LEGAL DESCRIPTION | FULL LEGAL DESCRIPTION |
|---|---|---|---|---|---|
| 001-08-129 | 1310 W. 89th St. | Cleveland | 44102 | 12 Seymour 0018 All | See Exhibit A |

Whereas, on March 29, 2023 Defendant pled no contest and was found guilty to five (5) counts of a Misdemeanor in the First Degree (Failure to Comply) for the following housing and building code violations:

| City Code Violated | Charge Code | Plea | Charge Disposition |
|---|---|---|---|
| 3103.25(e) | Failure to Comply | No Contest | Guilty |

Whereas, the Court is guided by the overriding purposes of misdemeanor sentencing [which] are to protect the public from future crime by the offender and others and to punish the offender." R.C. §2929.21(A) Accordingly, this Court "consider[s] the impact of the offense upon the victim and the need for changing the offender's behavior, rehabilitating the offender, and making restitution to the victim of the offense, the public, or the victim and the public." Id. Further, the Court seeks to impose a sentence that is "commensurate with and not demeaning to the seriousness of the offender's conduct and its impact upon the victim, and consistent with sentences imposed for similar offenses committed by similar offenders." R.C. §2929.21(B).

Whereas, in consideration of the above factors, along with other mitigating and aggravating factors, the Court sentenced Defendant on June 21, 2023 to three (3) years of active community control until June 21, 2026. At this Sentencing Hearing, the Court issued the following orders:

a. The maximum potential fine of $25,000.00 is stayed provided Defendant complies with the Court's orders.
b. Defendant's companion case 2022 CRB 003944S, Violation Notice #V21019387 (attached), is active and is also before this Court.
c. Defendant is placed on active community control for three (3) years, set to expire on June 21, 2026.
d. Defendant is ordered to pay any court costs associated with this case.
e. Defendant is ordered to obtain rental registrations for all properties it owns within the City of Cleveland or apply for applicable rental registrations exemptions. Defendant must submit copies of proof of all rental registrations or exemptions to Housing Court Specialist Cody prior to the next status hearing date.
f. Defendant is ordered to comply with the City of Cleveland's Lead Safe Ordinance by obtaining a lead-safe certificate for all rental properties it owns within the City of Cleveland or apply for an applicable lead-safe exemption. Defendant must submit copies of proof of all lead-safe certificates, receipts of future testing, or exemptions to Housing Court Specialist Cody prior to the next hearing date.
g. Defendant is ordered to not sell, transfer or gift any of the properties it owns within the City of Cleveland while on community control without the approval of this Court [SEE ATTACHED LIST].
h. Defendant is ordered to remove the window units from the properties located at 1310-1312 West 89th Street, Cleveland, Ohio 44102.
i. Defendant is ordered to place any trash cans on the property in the rear of the property.
j. Defendant is ordered to paint the exterior of both properties, located at 1310-1312 West 89th Street, Cleveland, Ohio 44102, all one color.
k. Defendant is ordered to allow an inspector from City of Cleveland, Department of Building and Housing to do an interior and exterior inspection of the properties, including the garage or shed, located at 1310-1312 West 89th Street, Cleveland, Ohio 44102, prior to the next hearing.
l. Defendant is ordered to close out all open violations with an inspector from the City of Cleveland, Department of Building and Housing. [VIOLATION NOTICES: v18032279, V13019045, V13019033, V2109387 ATTACHED]
m. Defendant is ordered to clean all of the properties it owns within the City of Cleveland and keep them free from all junk, debris and dumping [SEE ATTACHED LIST].
n. Defendant is ordered to cut all grass and remove any shrubbery or overgrowth of shrubbery from any of the properties owned within the City of Cleveland while awaiting the sale of properties. [SEE ATTACHED LIST]

Ex C p1

SCANNED

o. Defendant is ordered to pay the outstanding property taxes on properties it owns within the City of Cleveland and provide proof of tax payment plan, tax payments, or receipts to Housing Court Specialist Cody. [SEE ATTACHED LIST]

p. Defendant is ordered to submit a maintenance and repair plan to Housing Specialist Cody every 30 days, on the 1st of each month, for all properties owned within the City of Cleveland to provide this Court with repairs plans, detailing the names and information for contractors hired, when properties will be inspected, and indicate when the ground keeping will be completed. [SEE ATTACHED LIST]

q. The JE & Order remains subject to modifications upon the conclusion of Inspector Rhonda Derrett, City of Cleveland, Department of Building and Housing abating all open violations. [VIOLATION NOTICES: v18032279, V13019045, V13019033, V2109387, ATTACHED]

r. Defendant is ordered to remain in communication and provide all required documents and information timely to Housing Court Specialist Beverly Cody while under this Court's supervision.

s.

Whereas, <u>due to Defendant's pending community control, all of its properties owned in the City of Cleveland remain under the jurisdiction of this Court pursuant to R.C. 2929.25. For Defendant to sale, transfer, or gift any property it owns within the City of Cleveland, without remedying the criminal violations or satisfying the sentence, would be demeaning to the seriousness of building and housing violations; and the threat that such criminal violations pose to the City of Cleveland's health and safety.</u>

Whereas, since the date of the sentencing on June 21, 2023 and/or the aforementioned compliance deadlines, Defendant remains subject to community control.

SCANNED

ORDER

I. <u>PROHIBITION AGAINST SALE, TRANSFER OR GIFT UNLESS APPROVED BY THE COURT</u>

IT IS SO ORDERED THAT, Defendant, *Defendant's officers, agents, employees, and attorneys, and all other persons in active concert or participation with Defendant, who receive actual notice of this order by personal service, electronic service or otherwise, whether acting directly or indirectly, in connection with the premises,* <u>are hereby prohibited from advertising, marketing, promoting, offering for sale, selling, conveying, transferring, gifting or leasing all properties owned in the City of Cleveland until: Defendant remedies the above cited code violations; complies with the conditions of community control; satisfies the assessed fines and sanctions; and/or approved by the Court.</u>

IT IS FURTHER ORDERED THAT, upon compliance with cited building and housing codes, or otherwise good cause, Defendant shall file a <u>Motion to Remove Prohibition of Sale, Transfer or Gift</u>, demonstrating satisfaction of the imposed sentence, or good cause as to why this Order should be lifted prior to the date of satisfaction or the said expiration date below.

THIS ORDER SHALL BE FILED WITH THE CUYAHOGA COUNTY RECORDER'S OFFICE AND REMAIN IN EFFECT UNTIL THE COURT APPROVES THE SALE, TRANSFER OR GIFT, OR THIS ORDER EXPIRES ON JUNE 21, 2026, WHICHEVER OCCURS FIRST.

JUDGE W. MONA SCOTT

Ex C p2