UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Albert Thrower,

    Plaintiff,

Vs                                       Case No.

Judge Mona Scott
City of Cleveland
City of Cleveland Prosecutor's Office

    Defendants

### ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the supporting affidavit of the plaintiff and the accompanying memorandum of law, it is

ORDERED that defendant Judge Mona Scott, City of Cleveland, City of Cleveland Prosecutor's Office show cause in Room _____ of the United States Courthouse,

Carl B. Stokes U.S. Court House

801 West Superior Avenue

Cleveland, Ohio 44113

(216) 357-7000     At _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed. R.Civ.P., enjoining the said defendants, their successors in office, agents and employees and all other persons acting in concern and participation with them, to allow the plaintiff to sell his property @ 1310 W 89th Cleveland OH 44102

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendants Judge Mona Scott, City of Cleveland, City of Cleveland Prosecutor's Office by _____, 2024, and the United States Marshalls Service is hereby directed to effectuate such service.

---

United States District Judge                 Dated : _____ / _____ /2024