IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Case No. 1:24-CV-1576

| | | |
|---|---|---|
| ALBERT THROWER, | ) | Case No. 1:24-CV-1576 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| JUDGE MONA SCOTT, *et al.,* | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |
| | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Dated: September 17, 2024                              *s/Dan Aaron Polster*
                                                                                United States District Judge